Maupin, J.,
concurring and dissenting:
I agree that Jacktorian and Lee should be remanded for proceedings consistent with our construction of NRS 62.080(2). I would note in passing that any mitigating circumstances found on remand would not compel denial of the State’s certification petitions. The juvenile judge has broad discretion, given any number of circumstances, including the nature of the offense, to grant certification even if the mitigators set forth in the statute are found to exist. For example, I would find it inconceivable that any mitigating circumstance could be found to justify non-certification of Anthony Lee R.
As to Geno L., I believe that there was sufficient evidence that he was a “principal” in the instant offense. Although there was conflicting evidence, including the incredible assertion of Geno’s associates that the baseball bat was not used, he was placed in the midst of an affray in which one of the victims was savagely beaten with “a” baseball bat while essentially helpless. The evidence of his participation in this profound act of violence and cowardice is sufficient to implicate the presumption of NRS 62.080(2).